BRADLEY E. JEWETT (SBN 222773)
bjewett@sandersroberts.com
**SANDERS ROBERTS & JEWETT LLP**
1055 West 7th Street, Suite 3050
Los Angeles, California 90017
Telephone: 213-426-5000
Facsimile: 213-234-4581

Attorneys for Plaintiff
**EDEN SURGICAL CENTER**

FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, in its capacity as Plan Administrator of the Cognizant Group Health Plan; COGNIZANT GROUP HEALTH PLAN,<br><br>Defendants. | Case No.: 2:15-CV-01633-RGK-E<br><br>[Assigned to Judge R. Gary Klausner]<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATED PROTECTIVE ORDER** |

/ / /
/ / /
/ / /
/ / /

-1-   Case No.: 2:15-CV-01633-RGK-E
PROPOSED ORDER

1  IT IS HEREBY ORDERED that pursuant to the May 2, 2016 stipulation of
2  the parties, a Protective Order is hereby entered in accordance with said May 2,
3  2016 stipulation, the terms and conditions of which are incorporated herein by
4  reference as though set forth in full.
5  **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
6
7  DATED: 5/3/16
8
9
10  The Honorable ~~R. Gary Klausner~~
11  ~~United States District Court Judge~~
    Charles F. Eick
    United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28