1  Jon T. Neumann (State Bar No. 277331)
2  jneumann@steptoe.com
   Jerome A. Jordan (State Bar No. 284824)
3  jjordan@steptoe.com
4  STEPTOE & JOHNSON LLP
   633 West Fifth Street, Suite 700
5  Los Angeles, California 90071
6  Phone: (213) 439-9400
7  Facsimile: (213) 439-9599

8  Attorneys for Defendants
   COGNIZANT TECHNOLOGY SOLUTIONS
9  U.S. CORPORATION and COGNIZANT HEALTH
10 & WELFARE BENEFIT PLAN

**NOTE CHANGES MADE BY COURT.**

**JS-6**

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  EDEN SURGICAL CENTER, a              )   **CASE NO. 2:15-cv-01633-RGK-E**
16  California medical corporation,       )
                                          )   *Assigned to Judge R. Gary Klausner*
17              Plaintiff,                )
                                          )   ~~[PROPOSED]~~ **JUDGMENT**
18          vs.                           )
                                          )   [Filed concurrently with: Notice of
19  COGNIZANT TECHNOLOGY                  )   Motion and Motion for Summary
20  SOLUTIONS CORPORATION, in             )   Judgment; Memorandum of Points and
    its capacity as Plan Administrator of )   Authorities; Statement of Uncontroverted
21  the Cognizant Group Health Plan;      )   Facts and Conclusions of Law; Request
22  COGNIZANT GROUP HEALTH                )   for Judicial Notice; Butcher Declaration;
    PLAN,                                 )   Consiglio Declaration; and Neumann
23                                        )   Declaration]
24              Defendants.               )
                                          )
25                                        )
                                          )
26                                        )
                                          )
27                                        )
                                          )
28                                        )

Defendants Cognizant Technology Solutions U.S. Corporation

("Cognizant") and Cognizant Health & Welfare Benefit Plan ("Cognizant Plan" or

"Plan") (collectively, "Defendants") motion for summary judgment came on

hearing before this Court on June 21, 2016.  After considering the moving and

opposing papers, all supporting evidence, the arguments of counsel, and all other

matters presented to the Court:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants'

motion for summary judgment is granted as to all of Plaintiff Eden Surgical

Center's causes of action in its First Amended Complaint.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that

Plaintiff's cross-motion for summary adjudication is denied in its entirety.

~~IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that~~

~~Defendants are the prevailing party and are entitled to recover an award of~~

~~attorneys' fees and costs incurred in this action against Plaintiff Eden Surgical~~

~~center, subject to further briefing to determine the final award.~~

1

JUDGMENT ENTERED this ___**1st**___ day of ___**September**___ 2016

2

3

By:

4

5

_Gary Klausner_

6

THE HONORABLE R. Gary Klausner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOC. # DC-9198541 V.1